UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL STEVE COX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 3:13-cv-00399-RCJ-WGC |
| vs. | ) | |
| | ) | |
| WARDEN BAKER et al., | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

     Petitioner Michael Cox has filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. He has also filed various motions, including a motion for a temporary restraining order and a preliminary injunction, several motions for appointment of counsel, and several motions demanding miscellaneous relief. For the most part, neither the Petition nor any of the motions are legible. To the extent they are legible, they are mostly unintelligible. Furthermore, the public records indicate that Petitioner filed the present Petition before adjudication in the state courts. The Nevada Supreme Court issued the remittitur after affirming denial of a parallel state court post-conviction petition on March 11, 2014. Assuming for the sake of argument that the Court now has jurisdiction to entertain the present Petition on the merits, just as if it had initially granted a stay and abeyance, the Court has reviewed the state court decision and found that the Court made no error or unreasonable application of clearly established federal law and did not unreasonably determine any facts. *See generally Cox v. State*, No. 63585 (Nev. Feb. 12, 2014) (Order of Affirmance).

///

**CONCLUSION**

IT IS HEREBY ORDERED that all pending motions are DENIED.

IT IS FURTHER ORDERED that the Petition is DENIED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 20th day of March, 2014.

_____
ROBERT C. JONES
United States District Judge