# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL STEVE COX,

    Petitioner,

vs.

WARDEN BAKER, et al.,

    Respondents.

Case No. 3:13-cv-00399-RCJ-WGC

**ORDER**

    The court has denied the petition for a writ of habeas corpus. Order (#15). Petitioner has filed a notice of appeal. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, this court must determine whether a certificate of appealability should issue Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that a certificate of appealability shall not issue.

Dated: April 28, 2014

_____
ROBERT C. JONES
United States District Judge